UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY KNOWN AS 2705 ST. ANDREWS LOOP, PASCO, WASHINGTON, Together with all Appurtenances, Fixtures, Attachments and Improvements Thereto and Thereupon,<br><br>Defendant. | No.   4:16-CV-5073-SMJ<br><br>**STIPULATION ORDER OF FORFEITURE** |

Before the Court is the parties' Stipulation for Order of Forfeiture, ECF No. 5. Based on the parties' stipulation and good cause appearing therefore, **IT IS HEREBY ORDERED**:

**1.** The parties' Stipulation for Order of Forfeiture, **ECF No. 5**, is **GRANTED.**

**2.** The asset being forfeited is described as follows:

All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements located at 2705 Saint Andrews Loop, Pasco, Washington, Franklin County Assessor's Parcel No: 113-300-124 legally described as follows:

ORDER **-** 1

>Parcel A:
>A portion of Government Lots 1 and 2, Section 19, Township 9 North, Range 30 East, W.M., Records of Franklin County, Washington, described as follows:
>Beginning at the Northwest corner of said Section 19; thence South 88°58'10" East along the North line of said Section 19, 710.32 feet; thence South 02°04'02" West parallel with the West line of the Northwest quarter of said Section 19, 1, 212.20 feet to the true point of beginning; Thence continuing South 02°04'02" West for 177.45 feet; thence North 81°09'37" West 136.89 feet; thence North 87°55'58" West 36.57 feet; thence North 02°04'02" East parallel with the West line of said Northwest quarter, 150.37 feet to a point of curve; thence Northwesterly along said curve to the left, 10.94 feet through a central angle of 03°29'02" and a radius of 180.00 feet; thence South 87°55'58" East 172.38 feet to the true point of beginning.
>(Also known as Tract 1 of Binding Site Plan 95-01 recorded under Auditors File Number 520845)
>Parcel B:
>TOGETHER WITH the Reciprocal Easement and Restrictions Agreement recorded November 6, 2001 under Franklin County Auditor's Number 1597390 for ingress and egress over and across the Common Areas for the benefit of Parcel A.

**3.** The listed asset is **FORFEITED** to the United States and shall be disposed of in accordance with law.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 11th day of August 2016.

*[signature]*
SALVADOR MENDOZA, JR.
United States District Judge

Q:\SMJ\Civil\2016\United States of America v  Real Property Known as 270 St  Andrews Loop-5073\stipulation order forfeiture mv docx

ORDER - 2